UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE H. MASSEY,<br><br>        Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>        Defendants. | 20cv5665 (GBD) (DF)<br><br>**ORDER** |

**DEBRA FREEMAN, United States Magistrate Judge:**

  In light of Plaintiff's letter dated March 16, 2021 (Dkt. 23), informing the Court that Plaintiff is undergoing a court-ordered mental fitness evaluation under Article 730 of the New York State Criminal Procedure Law (a "730 Evaluation"), it is hereby ORDERED that:

  1.  All proceedings in the above-captioned case, including any remaining briefing by the parties on Defendant's pending motion to dismiss (Dkt. 18), shall be stayed pending further Order of the Court;

  2.  Defendants are directed to monitor developments with respect to Plaintiff's 730 Evaluation to the extent possible, and to submit a status report within 30 days; and

  3.  The Clerk of Court is directed to note the stay of this action on the Docket, and to mail a copy of this Order to Plaintiff, at the address reflected on the Docket and shown below.

Dated: New York, New York
    April 26, 2021

                SO ORDERED

                _____
                DEBRA FREEMAN
                United States Magistrate Judge

2

Copies to:

Mr. Tyrone H. Massey
B&C: 8952000522
16-06 Hazen St.
E. Elmhurst, NY 11370

Defendants' counsel (via ECF)

2