UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE MASSEY,

                Plaintiff,                20 **CIVIL** 5665 (GBD) (DF)

       -v-                                 **JUDGMENT**

CITY OF NEW YORK, CORRECTION
OFFICER PALMENTARI, CAPTAIN JOHN
DOE, CORRRECTION OFFICER JOHN DOE,
Nd Dr. HO,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2021, Magistrate Judge Freeman's Report is adopted. Defendants' motion to dismiss Plaintiff's complaint, (ECF No. 18), is granted; accordingly, this case is closed.

**Dated:**  New York, New York
         September 29, 2021

                                                   **RUBY J. KRAJICK**
                                                    _____
                                                       Clerk of Court
                                  BY:
                                                         Deputy Clerk