UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TYRONE MASSEY,

                Plaintiff,

      -against-

CITY OF NEW YORK, CORRECTION OFFICER
PALMENTARI, CAPTAIN JOHN DOE,
CORRECTION OFFICER JOHN DOE, and DR.
HO,

                Defendants.
------------------------------------- x

MEMORANDUM DECISION
AND ORDER

20 Civ. 5665 (GBD) (DF)

GEORGE B. DANIELS, United States District Judge:

      On August 30, 2021, Magistrate Judge Debra Freeman issued a Report and Recommendation ("Report") in the above captioned action, recommending that Defendants' Motion to Dismiss the Complaint be granted with prejudice. (ECF No. 39.) This Court adopted Magistrate Judge Freeman's Report on September 29, 2021. (ECF No. 41.) On October 4, 2021, this Court received Plaintiff's objection to Magistrate Judge Freeman's Report. (ECF No. 44.)

      This Court has considered Plaintiff's objections to the Report and Recommendation. Plaintiff has not articulated any meritorious objections and therefore this Court's Memorandum Decision and Order adopting the Magistrate Judge's Report and Recommendation in hereby affirmed.

Dated: New York, New York
       November 9, 2021

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      United States District Judge

1